IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES STOKES,

    Plaintiff,

v.       15-cv-0079-RB-LF

RUSS LANDAVISO,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The magistrate judge filed her Proposed Findings and Recommended Disposition on 3/9/2018. (Doc. 28.) The proposed findings notified Mr. Stokes of his ability to file objections within 14 days, and that failure to do so waives appellate review. To date, neither party has filed objections. Further, there is nothing in the record indicating that the proposed findings were not delivered.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The magistrate judge's Proposed Findings and Recommended Disposition (Doc. 28) are ADOPTED;

2. Plaintiff Charles Stokes's complaint (Doc. 1) is dismissed **with prejudice**; and

3. A final order is entered concurrently with this order.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE